# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 21-2251V

|  |  |
|---|---|
| SHERRI ALLEN,<br><br>     Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>     Respondent. | Chief Special Master Corcoran<br><br>Filed: April 23, 2026 |

*Heather Marie Schneider, The Locks Law Firm, Philadelphia, PA, for Petitioner.*

*Alexis B. Babcock, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION ON ATTORNEY'S FEES AND COSTS[1]

On December 2, 2021, Sherri Allen filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that she suffered a shoulder injury related to vaccine administration ("SIRVA") following an influenza vaccination she received on October 24, 2019. Petition at 1. On March 13, 2025, I issued a ruling on entitlement finding Petitioner entitled to compensation following briefing by the parties. ECF No. 41. On July 14, 2025, I issued a decision awarding damages to Petitioner based on the Respondent's proffer. ECF No. 46.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $25,014.53 (representing $20,462.70 in fees plus $4,551.83 in costs). Application for Attorneys' Fees and Costs ("Motion") filed February 6, 2026, ECF No. 50. Furthermore, Petitioner filed a signed statement representing that no personal out-of-pocket expenses were incurred. ECF No. 50-3 at 2.

Respondent reacted to the motion on February 9, 2026, representing that he is satisfied that the statutory requirements for an award of attorneys' fees and costs are met in this case, but deferring resolution of the amount to be awarded to my discretion. Respondent's Response to Motion at 2-3, 3 n.2, ECF No. 51. Petitioner filed no reply thereafter.

I have reviewed the billing records submitted with Petitioner's request. The rates requested for work performed by attorney Jerry Lindheim through 2022 are reasonable and consistent with our prior determinations and are therefore awarded herein. Some of the rates requested by attorney Heather Schneider require adjustment.

Heather Schneider was previously awarded lesser rates than requested herein ($185.00 for her time billed in 2020 and 2021). See *Decastro v. Sec'y of Health & Hum. Servs.*, No. 17-1973, 2025 WL 1927576 (Fed. Cl. Spec. Mstr. June 17, 2025).[3] I find no reason to deviate from that determination and it otherwise is not the practice of OSM to adjust prior rate determinations upward in later cases. See *Jefferson v. Sec'y of Health & Hum. Servs.*, No. 19-1882, 2023 WL 387051 (Fed. Cl. Spec. Mstr. Jan. 9, 2023). Accordingly, I hereby reduce the 2020 and 2021 rates for Heather Schneider to be consistent with *Decastro*. **Application of the foregoing reduces the fees to be awarded herein by $70.00**.[4]

In addition, Petitioner has requested the hourly rates of $325.00 for 2025 work and $340.00 for 2026 work performed by attorney Heather Schneider. I find the proposed rate increases to be reasonable and hereby award them herein.

Regarding the time billed, I note this case required additional briefing regarding entitlement. *See* Petitioner's Motion for a Ruling on the Record, filed March 6, 2023, ECF No. 22. Petitioner's counsel expended approximately 5.0 hours drafting the entitlement brief. ECF No. 50-1 at 9. I find this amount of time to be reasonable and will award the

---

[3] This decision can (or will) be found on the United States Court of Federal Claims website at https://www.govinfo.gov/app/collection/uscourts/national/cofc.

[4] This amount consists of reducing Heather Schneider's rates for 2020 and 2021 and is calculated as follows: ($255.00 - $185.00 = $70.00 x 1.0 hrs.) = $70.00.

attorney's fees requested.  And all time billed to the matter was also reasonably incurred.

Petitioner has otherwise provided supporting documentation for all claimed costs. ECF No. 50-2 at 2-29. Respondent offered no specific objection to the rates or amounts sought. I find the requested costs reasonable and hereby award them in full.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT, in part, Petitioner's Motion for attorney's fees and costs. I award a total of **$24,944.53 (representing $20,392.70 in fees plus $4,551.83 in costs) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.** In the absence of a timely-filed motion for review (see Appendix B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this Decision.[5]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[5] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.